# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN RANKIN,

      Petitioner,

v.                                Case Nos.  04-CV-74780
                                          02-CR-80242

UNITED STATES OF AMERICA,

                                     Honorable Arthur J. Tarnow
      Respondent.                  United States District Judge

_____/

## JUDGMENT

In accordance with the Order entered on this day, 6th day of October, 2005

**IT IS ORDERED AND ADJUDGED** that this case shall be **DISMISSED.**

Dated at Detroit, Michigan, this 6th day of October, 2005.

                                            **DAVID J. WEAVER**
                                            **CLERK OF THE COURT**

                                            **BY:s/s Theresa E. Taylor**
                                                 **Deputy Clerk**

**Approved:**

s/Arthur J. Tarnow
**ARTHUR J. TARNOW**
**UNITED STATES DISTRICT JUDGE**

2:04-cv-74780-AJT-DAS Doc # 3 Filed 10/06/05 Pg 2 of 2 Pg ID 10